# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETH WARREN ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>LINDY PETTIJOHN,<br><br>Respondent. | Case No. 1:24-cv-00551-SAB-HC<br><br>ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS |

On May 9, 2024, Petitioner, proceeding pro se, commenced this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 9, 2024, Respondent filed a motion to dismiss. (ECF No. 8.) Per the Court's scheduling order, (ECF No. 3), an opposition or statement of non-opposition was due within twenty-one days of the date of service of the motion to dismiss. To date, no opposition or statement of non-opposition has been filed. After the deadline to respond to the motion to dismiss passed, counsel for Petitioner filed a notice of appearance on August 14, 2024. (ECF No. 11.)

In the interest of justice, the Court will provide Petitioner with additional time to respond to the motion to dismiss. Accordingly, the Court HEREBY ORDERS:

1. Within fourteen (14) days of the date of service of this order, Petitioner SHALL FILE a response to Respondent's motion to dismiss; and

///

1

2. Any reply to an opposition to the motion to dismiss SHALL be filed within fourteen (14) days after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated: **August 15, 2024**

UNITED STATES MAGISTRATE JUDGE