# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETH WARREN ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>LINDY PETTIJOHN,<br><br>Respondent. | Case No. 1:24-cv-00551-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 31, 2024, the Court granted Respondent's motion to dismiss the petition pursuant to Younger v. Harris, 401 U.S. 37 (1971). (ECF No. 15.) On November 27, 2024, Petitioner filed a motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). (ECF No. 17.)

The Court HEREBY ORDERS:

1. Within twenty-one (21) days of the date of service of this order, Respondent SHALL FILE an opposition or statement of nonopposition to the motion to alter or amend the judgment; and

///
///
///

1

2. Within fourteen (14) days of the date of service of an opposition, Petitioner may file a reply.

IT IS SO ORDERED.

Dated: **December 2, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2